# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>TERRY MADISON, III<br><br>*Defendant(s)* | Case No.<br>18-mj-64 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/14/2018__ in the parish of __Tangipahoa__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 1951(a) | Hobbs Act Robbery (Extortion By Force, Violence, or Fear) |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Holden Neff, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 14, 2018

_____
Judge's signature

City and state: New Orleans, Louisiana

Hon. Joseph C. Wilkinson, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Holden Neff, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), New Orleans, Louisiana, and have been so employed in that capacity since July of 2017. I am currently assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) and my duties include the investigation of bank robberies, fugitives, kidnappings, crimes against children and other violent crimes.

2. I have been and am presently conducting an investigation into a string of Hobbs Act (Extortion by Force, Violence, or Fear) robberies that occurred in Louisiana and Mississippi, in violation of Title 18, United States Code, Section 1951(a). The robberies occurred in April and May of 2018, and were committed by Terry MADISON III (Black/Male, DOB: 3-23-1996) hereafter referred to as "MADISON." MADISON has been positively identified by victims and law enforcement as the perpetrator responsible for the below detailed robberies involving three separate jurisdictions in two states. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was obtained by me personally or has been provided to me by Special Agents and Task Force Officers assigned to the FBI New Orleans NOVCTF and other law enforcement officers, including state agencies in Louisiana and Mississippi. Since this affidavit is submitted only for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient

to establish probable cause for the arrest warrant sought. The details of these robberies are as follows.

3. **Walmart Money Center located at 2799 West Thomas Street, Hammond, Louisiana, 70403 (Hammond Police Department).** On April 14, 2018, at approximately 10:21 a.m., MADISON entered the Walmart located at 2799 West Thomas Street, Hammond, Louisiana, and then entered the Walmart Money Center located inside the Walmart. Once inside, MADISON gave the victim teller a demand note which read, "Give me all the large bills." After the victim teller hesitated to comply, MADISON reached into his waistband as if he possessed a firearm. The victim teller, believing that MADISON was armed with a firearm, complied and placed $3,448.10 in a book bag provided by MADISON, and MADISON left the scene. The Hammond Police Department determined that MADISON fled in a white in color Dodge Avenger bearing Louisiana license plate #632 BCS, registered to a Teonna Madison of 2808 Clara Street, New Orleans, Louisiana, 70115. Subsequent investigation determined that Teonna Madison had a brother named Terry MADISON, whose appearance matched the robber seen on surveillance video. A public social site for MADISON named "Terry Beenhavinshxt" depicted MADISON standing in front of the same Dodge Avenger. Detectives in this case presented the victim teller a photo lineup in which the victim teller positively identified MADISON. Based on the investigation, an arrest warrant for armed robbery was obtained for MADISON. (Exhibit "A"). During this robbery MADISON was wearing a red hat, denim jacket, red and black stripped pants, and carrying a black back pack that officers later determined had been stolen from the Walmart immediately preceding the robbery. The Walmart Money Center is a financial service center provided by Walmart. Walmart is an international company with retail centers located around the world, and is engaged

in interstate commerce. MADISON affected interstate commerce by taking the Walmart Money Center's money by the wrongful use of threatened force.

4. **Woodforest Bank located inside Walmart at 460 Highway 90 Waveland, Mississippi (Waveland Police Department.)** On May 2, 2018 at approximately 3:03 p.m. MADISON entered the Woodforest National Bank located inside of the Walmart at 460 Highway 90, Waveland, Mississippi, and told the victim teller to give him all the money in the drawer or he would shoot another female employee that was present during the robbery. The victim teller pressed the panic button and placed all of the United States currency present inside the drawer into a backpack MADISON provided, which totaled $2,304.00. MADISON escaped from the Woodforest National Bank. The victim teller did not see a firearm, but believed MADISON was armed. Through Waveland Police Department (WPD)'s investigation, it was determined, via surveillance and intelligence from Picayune Police Department that MADISON fled in the same white Dodge Avenger utilized in the Hammond robbery. Detectives in this case spoke with FBI agents in Mississippi and learned that Teonna Madison positively identified MADISON from a surveillance photograph from the Waveland robbery. Detectives from WPD also viewed the public social site for MADISON and made the determination that the subject from the robbery and the subject depicted on the public site standing by the Dodge Avenger was in fact the same person. Based on the facts of WPD'S investigation, an arrest warrant for armed robbery was obtained for MADISON. (Exhibit "B"). During this robbery MADISON was wearing a red hoodie style long sleeve shirt, light colored pants, carrying a grey/white/green backpack. The Woodforest National Bank is a bank whose deposits are insured by the Federal Deposit Insurance Corporation. Woodforest National Bank is a bank that does business in multiple states in this country.

MADISON affected interstate commerce by taking the Woodforest National Bank's money by the wrongful use of threatened force.

5. **Walmart Money Center located at 235 Frontage Road, Picayune, Mississippi (Picayune Police Department).** On May 2, 2018 at approximately 3:56 p.m., MADISON entered the Walmart Money Center located in the Walmart at 235 Frontage Road, Picayune, Mississippi, and requested a form to send money and a pen from the victim teller. A short time later MADISON returned and gave the victim teller a note and told her to do what the note read – "put all the 100's in the bag or I'll shoot." MADISON told the victim teller to back away from the counter as she began to panic. MADISON told the victim teller that he previously worked at Walmart and that it did not take that long to open the register. Once the register opened the victim teller placed an unknown amount of United States currency in a bag, with MADISON making good with his escape. Picayune Police Department (PPD)'s investigation determined MADISON fled in the same white in color Dodge Avenger described in the two aforementioned robberies. During this robbery MADISON was wearing a red shirt. In this case Detectives from PPD were able to get a positive identification of MADISON via photographic lineup. Investigators also viewed the public social site and also determined that the subject from the robbery was the same subject depicted on the public site for MADISON standing by the Dodge Avenger. The PPD obtained an arrest warrant for MADISON for this crime. (Exhibit "C"). The Walmart Money Center is a financial service center provided by Walmart. Walmart is in an international company with retail centers located around the world, and is engaged in interstate commerce. MADISON affected interstate commerce by taking the Walmart Money Center's money by the wrongful use of threatened force.

6. On May 3, 2018 the FBI NOVCTF developed a possible residence on Cobblestone Street, Algiers, Louisiana for MADISON. While in the area of Cobblestone, agents observed the

4

white in color Dodge Avenger bearing Louisiana license plate #632 BCS parked in front of 2108 Pace Boulevard Algiers, LA. Agents established surveillance in the area in an attempt to apprehend MADISON on the above mentioned arrest warrants, but to no avail. A decision was made to make contact with the occupants of 2108 Pace in an attempt to further the investigation. The adult female occupant of the residence gave agents verbal permission to visually check her residence for MADISON. MAIDSON was not discovered in the house during the subsequent consent search.

7. Based on the aforementioned information, your Affiant respectfully submits that there is probable cause to believe that Terry MADISON III conducted these robberies in violation of Title 18, United States Code, Section 1951(a). Affiant swears that the above information is true and correct to the best of his knowledge.

Special Agent Holden A. Neff
Federal Bureau of Investigation

Subscribed and sworn to before
me, this 14th day of May, 2018.

HONORABLE JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE