SEALED

# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 18-64 (Complaint)/Warrant from Other District

**Defendant:** Terry Madison III

**Violation:** Hobbs Act Robbery
18 USC 1951

**U.S. Attorney:** Myles Ranier

**Interpreter Needed?** Yes    No

**Court Date and Time:** _____

**Before Magistrate Judge:** _____